**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN THE INTEREST OF: J.D., A MINOR : No. 480 MAL 2015
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
PETITION OF J.J.B., MOTHER :

## ORDER

**PER CURIAM**

     **AND NOW**, this 19th day of August, 2015, the Petition for Allowance of Appeal is **DENIED**.